Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Telephone: 916-290-7778
Facsimile: 916-282-0771

Attorney for Plaintiff
Tonya McGee

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| TONYA MCGEE, | Case No.: 2:23-cv-00437-DJC-DB |
| Plaintiff, | |
| vs. | **ORDER** |
| TRANSUNION, LLC; LEXISNEXIS RISK SOLUTIONS INC. | |
| Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, LexisNexis Risk Solutions Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  March 27, 2024                            /s/ Daniel J. Calabretta
                                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                                 UNITED STATES DISTRICT JUDGE

1
ORDER